MICHAEL R. SCOLNICK (MS9984)
**Michael R. Scolnick, P.C.**
175 Burrows Lane
Blauvelt, New York 10913
Telephone: 845-354-9339
Fax: 845-365-1506
*Attorneys for the Plaintiffs*

# United States District Court

Southern District of New York

AMANDA BROADHURST, an infant over the age of
fourteen,  by her mother and natural guardian, THERESA
BROADHURST, and THERESA BROADHURST,
individually,

                Plaintiffs,

      -against-

THE COUNTY OF ROCKLAND, JAMES F. KRALIK,
Sheriff of Rockland County and Deputy Sheriff GARRETT
CLAPP, Badge #364.
                Defendants.

CERTIFICATE OF
SERVICE

07CIV9511 (CLB)  (MDF)

        MICHAEL R. SCOLNICK, an attorney admitted to practice before this Court, certifies, under penalty of perjury:

        I am not a party herein, am over 18 years of age and reside in Blauvelt, New York. I am fully competent to make this certification and I have personal knowledge of the facts stated in it. To my knowledge, all of the facts stated in it are true and correct.

        I am the attorney for the plaintiffs in this action. I make this certification as proof that the summons and complaint were duly served in this action.

        On  November 1, 2007 at about 3:30 p.m. at the Office of the Rockland County Sheriff, at 55 New Hempstead Road, New City, New York 10956, I served the within Summons and Complaint, together with the Individual Rules of Judge Brieant, Procedures for Electronic Case Filing, Amended Instructions for Filing an Electronic Case, and Guidelines for Electronic Case Filing on James F. Kralik, Sheriff of the County of Rockland, therein named, by delivering them to and leaving them with <u>Ken Destefano, Principal Assistant County Attorney of the County of Rockland,</u> a person of suitable age and discretion, who so identified himself by name and title, and who stated he was authorized to accept service on behalf of the Sheriff. Said premises is recipient's actual place of business within the state.

A description of the person served on behalf of the Defendant is as follows:

Sex: <u>Male</u>
Color of skin: <u>Caucasian</u>
Color of hair: <u>Brown</u>
Approx. age: <u>40-ish</u>
Approx. Height: <u>5'8"</u>
Approx. weight: <u>140 lb.</u>

Dated: Blauvelt, New York
          November 8, 2007

**/S/**

MICHAEL R. SCOLNICK