MICHAEL R. SCOLNICK (MS9984)
**Michael R. Scolnick, P.C.**
175 Burrows Lane
Blauvelt, New York 10913
Telephone: 845-354-9339
Fax: 845-365-1506
*Attorneys for the Plaintiffs*

# United States District Court

Southern District of New York

AMANDA BROADHURST, an infant over the age of fourteen, by her mother and natural guardian, THERESA BROADHURST, and THERESA BROADHURST, individually,

        Plaintiffs,

    -against-

THE COUNTY OF ROCKLAND, JAMES F. KRALIK, Sheriff of Rockland County and Deputy Sheriff GARRETT CLAPP, Badge #364.

        Defendants.

CERTIFICATE OF SERVICE

07CIV9511 (CLB) (MDF)

    MICHAEL R. SCOLNICK, an attorney admitted to practice before this Court, certifies, under penalty of perjury:

    I am not a party herein, am over 18 years of age and reside in Blauvelt, New York. I am fully competent to make this certification and I have personal knowledge of the facts stated in it. To my knowledge, all of the facts stated in it are true and correct.

    I am the attorney for the plaintiffs in this action. I make this certification as proof that the summons and complaint were duly served in this action.

    On November 6, 2007 at about 9:30 a.m. at the Rockland County Office Building, at 11 New Hempstead Road, New City, New York 10956, I served the within Summons and Complaint, together with the Individual Rules of Judge Brieant, Procedures for Electronic Case Filing, Amended Instructions for Filing an Electronic Case, and Guidelines for Electronic Case Filing, on Deputy Sheriff Garrett Clapp therein named, by delivering a true copy of each to said recipient personally.

    I knew the person served to be the person described as the person therein. I identified the person to whom I handed the summons and complaint as the defendant by means of identification: I asked him his name, examined an official identity card of the Office of the Sheriff of Rockland

County so identifying him, and observing that he met the physical description of the defendant, i.e., tall, male, Caucasian, wearing the uniform of a Deputy Sheriff of Rockland County. In addition, upon my inquiry as to Garrett Clapp's whereabouts, I was directed to his station by a sergeant of the Rockland County Sheriff's Department, and found him at the place where I was directed to go to meet him.

Dated: Blauvelt, New York
       November 8, 2007

                                            /s/
                                      MICHAEL R. SCOLNICK