MICHAEL R. SCOLNICK (MS9984)

**Michael R. Scolnick, P.C.**

175 Burrows Lane
Blauvelt, New York 10913
Telephone: 845-354-9339
Fax: 845-365-1506
*Attorneys for the Plaintiffs*

# United States District Court

Southern District of New York

| | |
|---|---|
| AMANDA BROADHURST, an infant over the age of fourteen, by her mother and natural guardian, THERESA BROADHURST, and THERESA BROADHURST, individually,<br><br>    Plaintiffs,<br><br>  -against-<br><br>THE COUNTY OF ROCKLAND, JAMES F. KRALIK, Sheriff of Rockland County and Deputy Sheriff GARRETT CLAPP, Badge #364.<br>    Defendants. | CERTIFICATE OF SERVICE<br><br>07CIV9511 (CLB) (MDF) |

  MICHAEL R. SCOLNICK, an attorney admitted to practice before this Court, certifies, under penalty of perjury:

  I am not a party herein, am over 18 years of age and reside in Blauvelt, New York. I am fully competent to make this certification and I have personal knowledge of the facts stated in it. To my knowledge, all of the facts stated in it are true and correct.

  I am the attorney for the plaintiffs in this action. I make this certification as proof that the summons and complaint were duly served in this action.

  On November 1, 2007 at about 3:00 p.m. at the Office of the Rockland County Clerk, at the Rockland County Courthouse, 1 South Main Street, Suite 100, New City, New York 10956, I served the within Summons and Complaint, together with the Individual Rules of Judge Brieant, Procedures for Electronic Case Filing, Amended Instructions for Filing an Electronic Case, and Guidelines for Electronic Case Filing, on **The County of Rockland,** therein named, by delivering them to and leaving them with Jane Fahy, a Records Management Specialist of the Rockland County Clerk's Office, authorized to accept service for the County of Rockland.

  I knew the person so served to be a Records Management Specialist of the Rockland County Clerk's Office, authorized to accept service for the County of Rockland, because, upon my inquiry, I was directed to her desk area at the office of the Rockland County Clerk by the County Clerk employee charged with so directing patrons of the County Clerk, and because she so identified herself by name and title, and stated she was so authorized.

A description of the person served on behalf of the Defendant is as follows:

>Sex: Female
>Color of skin: Caucasian
>Color of hair: Blond
>Approx. age: 50-ish
>Approx. Height: 5'6"
>Approx. weight: 101 lb.

Dated: Blauvelt, New York
      November 8, 2007

/s/_____
MICHAEL R. SCOLNICK