UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
AMANDA BROADHURST an infant over the age of fourteen by her mother and natural guardian THERESA BROADHURST,

                               Plaintiffs,

- against -

THE COUNTY OF ROCKLAND, JAMES F. KRALIK SHERIFF OF ROCKLAND COUNTY and DEPUTY SHERIFF GARRETT CLAPP BADGE #364,

                               Defendants.
-----------------------------------------------------------------------X

Case No. 07-Civ 9511

Judge Charles L. Brieant

**SUPPLEMENTAL NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon plaintiff's Complaint and the Memorandum of Law dated November 20, 2007, defendants will move this Court before Hon. Charles L. Brieant at the United States Courthouse, Southern District of New York, 300 Quarropas Street, Courtroom 275, White Plains, New York 10601-4150, on January 4, 2008 at 10:00 in the forenoon of that day, or as soon thereafter as counsel can be heard, for an Order:

    (1) Dismissing the Second through Fifth and Seventh Causes of Action in their entirety as to all defendants and all claims for punitive damages against the defendant COUNTY OF ROCKLAND pursuant to Fed. R. Civ. P. 12(b)(6); and

    (2) For such other, further and different relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Civil Rule 6.1 and Fed. R. Civ. P. 6, papers in opposition shall be served on or before December 10, 2007.

Dated: New York, New York
November 27, 2007

SARETSKY KATZ DRANOFF & GLASS, L.L.P.

By: _____
Robert B. Weissman (RW0512)

Attorneys for Defendants
*Office and P.O. Address:*
475 Park Avenue South, 26th floor
New York, New York 10016
(212) 973-9797

TO: MICHAEL R. SCOLNICK, P.C.
Attorneys for Plaintiffs
175 Burrows Lane
Blauvelt, New York 10913
(845) 354-9339