UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
AMANDA BROADHURST an infant over the age of
fourteen by her mother and natural guardian
THERESA BROADHURST,

                Plaintiff,

    -against-

THE COUNTY OF ROCKLAND, JAMES F. KRALIK
SHERIFF OF ROCKLAND COUNTY and DEPUTY
SHERIFF GARRETT CLAPP BADGE # 364,

                Defendants.
---------------------------------------------------------------- X

ECF case

07-CV 9511(CLB)

**NOTICE TO WITHDRAW MOTION**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that defendant's Motion to Dismiss the Second through Fifth and Seventh Causes of Action in their entirety Pursuant to Fed.R.Civ.P.12(b)(6) is hereby withdrawn.

        This Stipulation may be executed in counterpart and facsimile copies of signatures shall be deemed to be original signatures.

Dated: New York, New York
       December 19, 2007

Saretsky Katz Dranoff & Glass, L.L.P.

By: _____
     Eric Dranoff
Attorneys for County of Rockland
475 Park Avenue South, 26th Floor
New York, New York 10016
(212) 973-9797

Michael R. Scolnick, P.C.

By: _____

Attorneys for Plaintiffs
175 Burrows Lane
Blauvelt, New York 10913

(845) 354-9339