# Michael R. Scolnick, P.C.
*Attorney at Law*
175 Burrows Lane
Blauvelt, New York 10913
Phone (845)354-9339   Fax (845)365-1506
*"The only foolish question is the one you don't ask"*

February 1, 2008

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street - Rm. 275
White Plains, NY 10601- 4150

*[Handwritten note: Leave to file Amended Complaint is granted. So ordered. 2-7-08 Brieant USDJ Charles L. Brieant]*

Re: Broadhurst vs. County of Rockland
Docket No. 07 CIV 9511 (MDF)(CLB)

Dear Judge Brieant:

After discussion between counsel, we have come to an agreement about certain amendments that must be made to the complaint herein. We have executed the enclosed stipulation (with the proposed amended complaint attached) providing for that amendment.

Please be kind enough to execute the "So Ordered" marking on the enclosed stipulation and have it docketed (assuming that that's the correct procedure.) I will then take the necessary steps to file the Amended Complaint.

Thank you for your courtesy in this matter.

Respectfully submitted,

MICHAEL R. SCOLNICK

MRS/hs
Enclosure(s)

cc: Eric Dranoff, Esq.
Saretsky Katz Dranoff & Glass, L.L.P.
475 Park Avenue South
New York, New York 10016