UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   07 CIV 9511
AMANDA BROADHURST, an infant over the age of fourteen
by her mother and natural guardian THERESA
BROADHURST,
     Plaintiffs,

  - against -

THE COUNTY OF ROCKLAND, JAMES F. KRALIK Sheriff of
Rockland County and DEPUTY SHERIFF GARRETT CLAPP
Badge #364,
     Defendants.
------------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK } SS.:
COUNTY OF NEW YORK }

Ellie Brinson being duly sworn deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hudson County, New Jersey; that on February 21, 2008 deponent, on behalf of defendants COUNTY OF ROCKLAND, JAMES F. KRALIK Sheriff of Rockland County and DEPUTY SHERIFF GARRETT CLAPP, served one copy of the within **Answer to Amended Complaint**, upon:

Michael R. Scolnick, P.C.
Attorneys for Plaintiffs AMANDA BROADHURST and THERESA BROADHURST
175 Burrows Lane
Blauvelt, New York 10913

at the address designated for that purpose, depositing same, enclosed in postpaid, properly addressed wrappers, in an official depository under the exclusive care of the United States Post Office in the State of New York.

                       Ellie Brinson

Sworn to before me February 21, 2008

_____
Notary Public

JACK RAMOS
Notary Public, State of New York
No. 01RA6046532
Qualified in Nassau County
Commission Expires August 14, 2010