# SARETSKY KATZ DRANOFF & GLASS, L.L.P.

475 PARK AVENUE SOUTH
NEW YORK, NEW YORK 10016

TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939

ERIC DRANOFF
edranoff@skdglaw.com

ROCKLAND COUNTY OFFICE

450 PIERMONT AVENUE
PIERMONT, NEW YORK 10968

June 10, 2008

**By Facsimile 845-365-1506**

Michael R. Scolnick, P.C.
175 Burrows Lane
Blauvelt, New York 10913

Re: Amanda Broadhurst an infant over the age of fourteen by her mother and natural guardian Theresa Broadhurst v. The County of Rockland, James F. Kralik Sheriff of Rockland County and Deputy Sheriff Garrett Clapp Badge #364
USDC-SDNY, 07-Civ 9511(Brieant)
Our reference: Rcklnd-Broadhurst

Dear Mr. Scolnick:

Thank you for yours of May 22, 2008. Given your client's decision to renege on the settlement agreement, it will be necessary for you to contact the Court so that we may enter into a new discovery schedule. Once a new schedule is entered into, we will, of course, proceed with discovery.

Very truly yours,

Eric Dranoff

ED:eb
Enclosure