# Michael R. Scolnick, P.C.
*Attorney at Law*
175 Burrows Lane
Blauvelt, New York 10913
Phone (845)354-9339    Fax (845)365-1506

*"The only foolish question is the one you don't ask."*

## FACSIMILE TRANSMISSION

TO:     Hon. Charles L. Brieant, United States District Judge
        United States District Court, Southern District of New York
FAX NO.:  (914)390-4085

FROM:   Michael R. Scolnick

DATE:   June 24, 2008

RE:     Re: Broadhurst vs. County of Rockland
        Docket No. 07 CIV 9511 (MDF)(CLB)

**MEMO ENDORSED**

*Final Conference of 9-12-08 has been adjourned to 1-30-09*

*C.L. Brieant*

Dear Judge Brieant:

I write here to request an extension of the discovery deadline and schedule, due to an abortive settlement and the procedures surrounding it.

In the above matter, the depositions of the infant plaintiff and her mother were scheduled for March 12, 2008. As the inherent pressure of the impending EBTs (new and scary) mounted on the infant she suffered fear and anxiety, despite my efforts to prepare her for it.

Finally, at defense counsel's office, where we appeared for the EBTs, he in good faith made a settlement offer. I consulted with the plaintiffs, the mother consulted with the fearful child. Finally, with the plaintiffs' permission, I engaged in negotiations, resulting in an offer of $5,000.00. Still under stress, the girl said she wanted to settle, and the mother made statements on the record, therefore, agreeing to settle, subject to the approval of the Court.

I prepared appropriate infant's compromise papers and sent them to the plaintiffs to execute. After some time passed without my receipt of the executed papers, I called the mother, anticipating what I actually found: buyer's remorse. After later, more sober thought following March 12, 2008, the plaintiffs decided they had been precipitate in accepting the settlement and directed me to do what is necessary to proceed with the lawsuit.

I've conveyed this to defense counsel (who, throughout this case, has behaved in good faith and as a gentleman) who wrote to me by letter of June 10, 2008, "... it will be necessary for [me] to contact the Court so that we may enter into a new discovery schedule." Once that's done, he'll proceed with discovery. A copy of his letter is faxed herewith. In addition, I have pre-cleared the following requested dates with him.

I therefore request that the Court extend the Completion of Discovery date

from July 15, 2008    to December 12, 2008,

and make the following changes as well to the Civil Case Discovery Plan and Scheduling Order:

| | | |
|---|---|---|
| Joinder of additional parties | from Feb. 29, 2008 | to August 12, 2008 |
| Amended pleadings filed | from Feb. 29, 2008 | to August 12, 2008 |
| Response to Interrogatories | | by July 31, 2008 |
| Responses to 1st request for documents and all other discovery demands | | by July 31, 2008 |
| Qualified Immunity EBTs of Plaintiffs | | by July 31, 2008 |
| Depositions to be completed | from June 30, 2008 | to Nov. 28, 2008 |
| Further Interrogatories | from May 15, 2008 | to Oct. 17, 2008 |
| Requests to Admit | from Aug. 15, 2008 | to Jan. 9, 2009 |

and I request that the Court fix a Case Management Conference date at the Court's convenience.

I request ample time above so that defense counsel shall not be prejudiced by the delay engendered by the foregoing.

Thank you for your consideration.

Very truly yours,

Michael R. Scolnick
MRS:hs

**Fax:** 914-365-1506
**Pages including cover sheet** 3

cc: Eric Dranoff, Esq., Saretsky Katz Dranoff & Glass, L.L.P.   - **FAX NO.:** (212)973-0939